*Adam Hauf 026702*
**HAUF LAW PLC**
4225 W. Glendale Avenue, Suite A104
Phoenix, Arizona 85051
P: 623.252.0742 F: 623.321.2310
admin@hauflaw.com
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**KELLY J. GOLDEN AND CYNTHIA L. GOLDEN**<br><br>Debtor. | Case No. 2:15-bk-11449-PS<br><br>In Proceedings Under Chapter 13<br><br>**ORDER EXTENDING TIME TO FILE STIPULATED ORDER CONFIRMING PLAN** |

**UPON CONSIDERATION** of the Debtor's Motion to Extend the time to file a Stipulated Order Confirming Plan, the Debtor requiring more time to negotiate with creditors and gather required documentation and good cause appearing;

**IT IS HEREBY ORDERED** extending the time to file a Stipulated Order Confirming Plan 30 days from the date of this Order.

<u>**DATED AND SIGNED ABOVE**</u>