Official Form 416A (12/15)

2

# Form 416A.  CAPTION (FULL)

# United States Bankruptcy Court

Maricopa District Of Arizona

In re  Kelly J. Golden
Cynthia L. Golden
_____,
[Set forth here all names including married,
maiden, and trade names used by debtor within
the last 8 years.]

Debtor

Case No 2-15-BK-11449-PS

Address 19831 N 90th Lane
Peoria, AZ 85382

Last four digits of Social-Security or Individual  2976
Tax-Payer-Identification (ITIN) No(s)., (if any):  2172

Chapter 13

Employer's Tax Identification No(s). (if any): _____

**FILED**

OCT 2 5 2016

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

[Designation of Character of Paper]

We are requesting a moratorium period of 4 months to allow us to receive necessary medical and dental care.
Please see attached request to modify chapter 13 plan.
Thank you for your consideration

Dear Sir or Madam,

We are requesting your approval for a moratorium period / Chapter 13 Plan Modification. We originally hired Adam Haaf as our attorney, who because of his dishonest, misleading approach, caused additional hardships on our family.

With the assistance of the Self Help Center, we are asking for a 4 month moratorium period where we can receive some very necessary medical and dental care. We have been successful in our Chapter 13 now for 13 months and are committed to seeing it through to fruition. We will be asking that all terms of the original Chapter 13 filing remain the same with the exception of the payment schedule. Terms will remain the same with the 4 month moratorium added to future payments beginning in month 18.

| Months | Amount |
| --- | --- |
| 1-10 | $211 |
| 11-12 | $626 |
| 13 | $211 |
| 14-17 | $0 |
| 18-60 | $694 |

Thank you so much for your consideration.